[Nos. 18375–7–II; 18399–4–II.   Division Two.   May 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
ELIZABETH NAOMI BAKER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 94–1–00223–3, Milton R. Cox, J.,
entered June 16, 1994. *Affirmed* by unpublished opinion
per Seinfeld, C.J., concurred in by Morgan and Houghton,
JJ.

[No. 18563–6–II.   Division Two.   May 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. NOE
CASTILLO–QUIROZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94–1–01257–8, Nile E. Aubrey, J., entered
July 6, 1994. *Affirmed* by unpublished opinion per Turner,
J., concurred in by Morgan and Bridgewater, JJ.

[No. 18984–4–II.   Division Two.   May 24, 1996.]

MARYLYNNE HIGGINS, ET AL., *Respondents*, v. JOANNE
STAFFORD, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89–2–09273–1, Frederick W. Fleming, J.,
entered December 2, 1994. *Affirmed* by unpublished
opinion per Bridgewater, J., concurred in by Turner and
Armstrong, JJ.

[No. 19425–2–II.   Division Two.   May 24, 1996.]

WASHINGTON ALTERNATIVE LIVESTOCK ASSOCIATION,
*Appellant*, v. CURT SMITCH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 93–2–00511–1, Wm. Thomas McPhee, J.,
entered July 8, 1994. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Seinfeld, C.J., and Morgan,
J.